**Michael Grinblat** (4159752)
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Email: michael.grinblatesq@gmail.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BERNICE FRIMPONG**, <br><br> Plaintiff, <br><br> -against- <br><br> **MY HEALTH PHARMACY INC., 1210 WEBSTER AVENUE, LLC**, JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown, <br><br> Defendants. | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE <br><br><br> CASE NO.: 22-cv-6664-MKV |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, BERNICE FRIMPONG (the "Plaintiff"), by and through her undersigned counsel, voluntarily dismisses, with prejudice, Defendants MY HEALTH PHARMACY INC., 1210 WEBSTER AVENUE, LLC, JOHN DOE 1-X, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and CORPORATIONS 1-X from this action, all matters in dispute having been resolved pursuant to a confidential settlement agreement.

As of the date of this Notice, neither answers to the Complaint, nor any motions have been filed by Defendants.

Signed: March 9, 2023

*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Attorney for Plaintiff
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Email: michael.grinblatesq@gmail.com

SO ORDERED:

_____
Mary Kay Vyskocil,
U.S. District Court Judge